IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN GILLEN | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE BOEING COMPANY, ET AL., | : | |
| | : | E.D. PA CIVIL ACTION NO. |
| Defendants. | : | 2:13-cv-03118-ER |

O R D E R

AND NOW, this **26th** day of **August, 2014,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Boeing's motion to dismiss Plaintiff's claim for "take-home exposure" (ECF No. 100) is **GRANTED**.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] Defendant also moved to dismiss Plaintiff's Amended Complaint on two other grounds; however, these arguments were effectively withdrawn at the hearing on the instant motion and were not considered by the Court.